# United States District Court for the Northern District of Ohio

Laura Warith

**Plaintiff,**

vs.

CASE NO. 1:10-CV-2098

Judge Christopher A. Boyko

Greater Cleveland
Regional Transit Authority

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Laura Warith,
(here name all parties taking the appeal)
hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the Opinion an Order granting Defendant, Greater Cleveland RTA's motion for summary judgment
(the final judgment) (from an order (describing it))

entered in this action on the 1st day of May, 2012.

(s) Robert A. Pecchio

Address: 2305 East Aurora Road, Suite A-1
Twinsburg, Ohio  44087

Phone #: 330-963-6600

Attorney for Plaintiff, Laura Warith

6CA-3