# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 12-3649

Filed: May 09, 2014

LAURA WARITH

    Plaintiff - Appellant                        1:10cv2098 - CAB

v.

GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 03/03/2014 the mandate for this case hereby issues today. Affirmed

COSTS: None